## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MOHAMED AL-ZARNOUQI, *et al.*,

Petitioners,

v.

BARACK H. OBAMA, *et al.*,

Respondents.

Civil Action No. 06-cv-01767 (RCL)

**FILED**

**OCT 2 5 2012**

Clerk, U.S. District and
Bankruptcy Courts

## [PROPOSED] ORDER

Upon consideration of Petitioner's Unopposed Motion To Stay Pending

Resolution of Access To Counsel Matters, dated ___, it is hereby,

**ORDERED**, that this action be stayed until this Court's Order in *In re:*

*Guantanamo Bay Detainee Continued Access to Counsel*, No. 1:12-mc-00398 (D.D.C. Sept. 6,

2012) becomes final, either by passing of the government's time to appeal or seek

reconsideration or the final disposition of any appeal of such ruling.

**SO ORDERED**.

Signed by Royce C. Lamberth, Chief Judge, October __, 2012.